UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: PROPULSID<br>PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>: | MDL NO. 1355<br><br>SECTION "L"<br><br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*William Boyd v. Johnson & Johnson, et al.*, No. 01-9319

## ORDER

Before the Court is Plaintiff William Boyd's Motion to Dismiss for Lack of Subject Matter Jurisdiction. This motion came on for hearing without oral argument on December 15, 2005. Defendants do not oppose the motion.

Plaintiff asserts that the Court lacks subject matter jurisdiction to hear his case because there is not complete diversity between the parties. Mr. Boyd is a Pennsylvania citizen, and Defendant Janssen Pharmaceutica is a Pennsylvania corporation. Mr. Boyd brings no claims which would trigger the Court's federal question jurisdiction. Therefore, Mr. Boyd asks the Court to dismiss his claims pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

The Court agrees with Plaintiff, and finds that its subject matter jurisdiction is lacking in this matter. Accordingly, IT IS ORDERED that Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby GRANTED.

New Orleans, Louisiana, this 15 day of December, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____