

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 13  AM 12: 00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:     PROPULSID PRODUCTS LIABILITY LITIGATION | : | MDL NO. 1355 |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. WELLS ROBY |

-------------------------------------------------- :

**THIS DOCUMENT RELATES TO**

*Marie J. Baust, et al v. Johnson & Johnson, et al,* # 01-0506

*Sandra L. Denney, et al v. Johnson & Johnson, et al,* #01-0510

*Johnny Kellar, et al v. Johnson & Johnson, et al,* #01-2506

*Thomas F. Ridden, et al v. Johnson & Johnson, et al,* #00-2783

*Aline Zeno, et al v. Johnson & Johnson, et al,* #00-0282

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS

Defendants' Motion to Strike Class Allegations came for hearing on March 9, 2006 at the Monthly Status Conference. The Court agrees with Defendants and, in particular, finds that there is no reason to delay further the resolution of the class issues before it. Accordingly, it is **ORDERED** that Defendants' Motion is **GRANTED** and that the class allegations in the matters of Marie *J. Baust* (#01-0506), *Sandra L. Denney* (#01-0510), *Johnny Kellar* (#01-2506), *Thomas F. Ridden* (#00-2783) and *Aline Zeno* (#00-0282) are stricken.

New Orleans, Louisiana, this ___10th___ day of March 2006.

Eldon E. Fallon, United States District Judge